**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **MARY C. TERRELL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION FILE NO.:** |
| | ) | **1:21-CV-04613-MHC-CMS** |
| **CITY OF FOREST PARK, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

**PLAINTIFF'S CERTIFICATE OF INTERESTED**
**PERSONS AND CORPORATE DISCLOSURE STATEMENT**

(1)     The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

- Plaintiff Mary C. Terrell;

- Defendant City of Forest Park, Georgia;

- Defendant Angelyne Butler;

- Defendant Angela Redding;

- Defendant Latresa Akins-Wells;

- Defendant Kimberly James; and

- Defendant Dabouze Antoine.

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

- Buckley Beal, LLP

- Freeman Mathis & Gary, LLP

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

For the Plaintiff:                          For the Defendants:
Edward D. Buckley                      David A. Cole
J. Kyle Brooks                             Shaheem M. Williams
BUCKLEY BEAL, LLP               FREEMAN MATHIS & GARY, LLP

Respectfully submitted this 22nd day of February, 2022.

/s/ J. Kyle Brooks
Edward D. Buckley
Georgia Bar No. 092750
edbuckley@buckleybeal.com
J. Kyle Brooks
Georgia Bar No. 773561
kbrooks@buckleybeal.com

BUCKLEY BEAL, LLP
600 Peachtree Street NE
Suite 3900
Atlanta, GA  30308
Telephone: (404) 781-1100
Facsimile:  (404) 781-1101

*Counsel for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **MARY C. TERRELL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **CIVIL ACTION FILE NO.:** |
| | )    **1:21-CV-04613-MHC-CMS** |
| **CITY OF FOREST PARK, et al.** | ) |
| | ) |
| **Defendants.** | ) |

## <u>CERTIFICATE OF SERVICE</u>

I certify that on February 22, 2022, I electronically filed the foregoing

PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE

DISCLOSURE STATEMENT with the Clerk of the Court using the CM/ECF

system, which will automatically send electronic notification of such filing to the

following attorneys of record:

David A. Cole
Shaheem M. Williams
100 Galleria Parkway
Suite 1600
Atlanta, GA 30339-5948

*/s/ J. Kyle Brooks*
J. Kyle Brooks
Georgia Bar No. 773561

4