IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **MARY C. TERRELL,** | |
| **Plaintiff,** | **CIVIL ACTION FILE NO.** |
| v. | **1:21-cv-04613-MHC-CMS** |
| **CITY OF FOREST PARK, et al.,** | |
| **Defendants.** | |

**ORDER**

This case was stayed until September 6, 2022, at the parties' request, so that they could engage in mediation and possibly resolve the claims in this action. [Docs. 24, 25]. If the case has settled, the parties are hereby **ORDERED** to provide a written notice to the court to that effect within **SEVEN DAYS** of the date of this Order, and a date by which the case will be dismissed. If the case did not settle, the parties are **ORDERED** to provide a joint status update to the Court within **SEVEN DAYS** of the date of this Order, and a proposed revision to the Scheduling Order setting forth what extension to the discovery period is necessary to complete discovery in this case.

**IT IS SO ORDERED**, this 14th day of September, 2022.

*Catherine Salinas*
CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE