IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARY C. TERRELL, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| | )   **Civil Action File No.** |
| v. | )   **1:21-CV-04613-MHC-CMS** |
| | ) |
| CITY OF FOREST PARK, | ) |
| GEORGIA, et al., | ) |
| | ) |
|    Defendants. | ) |

## NOTICE

In accordance with the Court's order dated September 14, 2022, (Doc. 26), the Plaintiff and Defendants hereby notify the Court that they completed their scheduled mediation and reached a settlement of the claims in this action. The parties are in the process of completing the settlement documents and will file a stipulation of dismissal within the next 30 days upon completion of the settlement.

This 19th day of September, 2022.

| | |
|---|---|
| */s/ David A. Cole* | */s/ Edward D. Buckley* |
| David A. Cole | Edward D. Buckley |
| Ga. Bar No. 142383 | Ga. Bar No. 092750 |
| Shaheem M. Williams | J. Kyle Brooks |
| Ga. Bar No. 666654 | Ga. Bar No. 773561 |
| FREEMAN MATHIS & GARY, LLP | BUCKLEY BEAL, LLP |
| 100 Galleria Parkway | 600 Peachtree Street NE |
| Suite 1600 | Suite 3900 |

Atlanta, GA 30339  
T: (770) 818-000  
dcole@fmglaw.com  
smwilliams@fmglaw.com  

*Attorneys for Defendants*

Atlanta, GA 30308  
T: (404) 781-1100  
edbuckley@buckleybeal.com  
kbrooks@buckleybeal.com  

*Attorneys for Plaintiff*